**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 23-40605-ELM-13 |
| **DENNIS RAYMOND HANEY**<br>517 CASSIA WAY<br>ARLINGTON, TX 76002<br>SSN/TIN: XXX-XX-5915 | |
| **DEBTOR** | **HEARING: JULY 6, 2023 AT 8:30 AM** |

### TRUSTEE'S MOTION TO DISMISS CASE FOR CAUSE AND NOTICE OF HEARING

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Motion to Dismiss Case for Cause under 11 U.S.C. § 1307 and Fed. R. Bank. P. 9014. Trustee would respectfully show the Court:

1. The Court has jurisdiction, and this is a core proceeding. [1]

2. This case should be dismissed under § 1307 because the delay in confirming Debtor's Chapter 13 Plan is unreasonable and prejudicial to creditors.

WHEREFORE, Trustee prays that Trustee's Motion to Dismiss Case for Cause be GRANTED and for general relief

                Respectfully submitted,

By:   /s/ Ethan S. Cartwright
       Ethan S. Cartwright, Staff Attorney
       Bar No. 24068273
       PAM BASSEL STANDING CHAPTER 13 TRUSTEE
       Bar No. 01344800
       860 Airport Freeway, Ste 150
       Hurst, TX 76054
       (817) 916-4710 Phone

---

[1] 11 U.S.C. § 105 & 28 U.S.C. §§ 157(b) & 1334

## NOTICE OF HEARING

This matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, Tx 76102-3643 with a hearing following docket call.  YOU DO NOT HAVE TO ATTEND THE HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright

## CERTIFICATE OF SERVICE

I certify that a true and copy of the foregoing was served on or before the date of fling.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright

DENNIS RAYMOND HANEY
517 CASSIA WAY
ARLINGTON, TX  76002