# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| IN RE: | CASE NO: 23-40605-elm |
|---|---|
| DENNIS RAYMOND HANEY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 81 |

On 8/13/2025, I did cause a copy of the following documents, described below,

Motion to Substitute ECF Docket Reference No. 81

Suggestion of Death 82

Notice of Hearing on Motion to Substitute 90

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/13/2025

/s/ Clayton L. Everett
Clayton L. Everett  24065212

515 E. Border Street
Arlington, TX  76010
817 704 3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE: | CASE NO: 23-40605-elm |
|---|---|
| DENNIS RAYMOND HANEY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 81 |

On 8/13/2025, a copy of the following documents, described below,

Motion to Substitute ECF Docket Reference No. 81

Suggestion of Death 82

Notice of Hearing on Motion to Substitute 90

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/13/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett

515 E. Border Street
Arlington, TX  76010

USPS FIRST CLASS MAILED DOCUMENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| FIRST CLASS | CASE INFO | |
|---|---|---|
| KAYLA HANEY<br>517 CASSIA WAY<br>ARLINGTON TX 76002 | LABEL MATRIX FOR LOCAL NOTICING<br>05394<br>CASE 23-40605-ELM7<br>NORTHERN DISTRICT OF TEXAS<br>FT WORTH<br>TUE AUG 12 12-04-58 CDT 2025 | CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY<br>ROBERTSON ANSCHUTZ SCHNEID CRANE<br>13010 MORRIS RD<br>SUITE 450<br>ALPHARETTA GA 30004-2001 | SPECIALIZED LOAN SERVICING LLC<br>14841 DALLAS PARKWAY SUITE 425<br>DALLAS TX 75254-8067 | ACCEPTANCENOW<br>ATTN BANKRUPTCY 5501 HEADQUARTERS DRIV<br>PLANO TX 75024-5837 |
| AFFIRM INC<br>ATTN BANKRUPTCY<br>PO BOX 720<br>SAN FRANCISCO CA 94104-0720 | ARLINGTON ORTHOPEDIC ASSOCIATES<br>CO FIRST COLLECTION SERVICE<br>10925 OTTER CREEK E BLVD<br>MABELVALE AR 72103-1661 | ATTORNEY GENERAL<br>MAIN JUSTICE BLDG ROOM 5111<br>10TH CONSTITUTION AVE NW<br>WASHINGTON DC 20530-0001 |
| (P)AVANTEUSA<br>3600 S GESSNER RD<br>SUITE 225<br>HOUSTON TX 77063-5357 | BAYLOR ORTHO AND SPINE HSPTL AT ARLINGTON<br>707 HIGHLANDER BLVD<br>ARLINGTON TX 76015-4319 | BAYLOR SCOTT WHITE HEALTH<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 |
| BAYLOR SCOTT WHITE INSTITUTE FOR REHABILIT<br>PO BOX 679490<br>DALLAS TX 75267-9490 | BRACKETT ELLIS<br>100 MAIN ST<br>FORT WORTH TX 76102-3008 | BRIDGECREST<br>7300 EAST HAMPTON AVENUE SUITE 100<br>MESA AZ 85209-3324 |
| CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY UT 84130-0281 | CAPITAL ONE AUTO FINANCE<br>PO BOX 60511<br>CITY OF INDUSTRY CA 91716-0511 | CAPITAL ONE AUTO FINANCE A DIVISION OF<br>AIS PORTFOLIO SERVICES LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY OK 73118-7901 |
| CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI<br>PO BOX 4360<br>HOUSTON TX 77210-4360 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CAPITAL ONEWALMART<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CCHOLDINGS<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | CONN APPLIANCES INC<br>CO BECKET AND LEE LLP<br>PO BOX 3002<br>MALVERN PA 19355-0702 | CONNS HOMEPLUS<br>2445 TECHNOLOGY FOREST BOULEVARD BUILDIN<br>THE WOODLANDS TX 77381-5263 |
| CONNEXUS CU<br>ATTN BANKRUPTCY<br>PO BOX 8026<br>WAUSAU WI 54402-8026 | (P)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | CREDIT ONE BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CREDIT SYSTEMS INTERNATIONAL INC<br>ATTN BANKRUPTCY<br>PO BOX 1088<br>ARLINGTON TX 76004-1088 | DEPT OF EDNELNET<br>ATTN BANKRUPTCY CLAIMSNELNET<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | DEUTSCHE BANK NATIONAL TRUST COMPANY<br>3217 S DECKER LAKE DR<br>WEST VALLEY CITY UT 84119-3284 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRU<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | ENHANCED RECOVERY COMPANY<br>ATTN BANKRUPTCY 8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256-7412 | ESSENTIAL LENDINGWISE LOAN<br>ATTN BANKRUPTCY 3500 HULEN ST SUITE 20<br>FORT WORTH TX 76107-6812 |
| FINGERHUT<br>ATTN BANKRUPTCY 6250 RIDGEWOOD ROAD<br>SAINT CLOUD MN 56303-0820 | FIRST COLLECTION SERVICES<br>10925 OTTER CREEK E BLVD<br>MABELVALE AR 72103-1661 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 |
| GENESIS FS CARD SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 4477<br>BEAVERTON OR 97076-4401 | HARRIS  HARRIS LTD<br>111 WEST JACKSON BOULEVARD STE 400<br>CHICAGO IL 60604-4135 | HEALTH TEXAS PROVIDER NETWORK<br>PO BOX 842727<br>DALLAS TX 75284-2727 |
| IRS<br>SPECIAL PROCEDURESINSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERCOASTAL FINANCIAL LLC<br>7954 TRANSIT RD 136X<br>WILLIAMSVILLE NY 14221-4117 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| (P)ZENRESOLVE LLC<br>JEFF BRONSON<br>2770 MISSION RANCHERIA RD 315<br>LAKEPORT CA 95453-9612 | LONESTAR HOSPITAL MEDICINE ASSOCIATES PA<br>PO BOX 1123<br>MINNEAPOLIS MN 55440-1123 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MCCARTHY  HOLTHUS LLP<br>1255 WEST 15TH STREET 1060<br>PLANO TX 75075-4220 | MEDICAL CENTER OF ARLINGTON<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE SC 29602-1927 | METHODIST HEALTH SYSTEM<br>PO BOX 733536<br>DALLAS TX 75373-3536 |
| MICROF LLC<br>OVERLOOK I<br>2849 PACES FERRY ROAD SE SUITE 625<br>ATLANTA GEORGIA 30339-5742 | MICROF LLC<br>PO BOX 70085<br>ALBANY GA 31708-0085 | ONEMAIN FINANCIAL<br>ATTN BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE IN 47731-3251 |
| PERDUE BRANDON FIELDER COLLINS AND MOTT LLP<br>500 E BORDER 640<br>ARLINGTON TX 76010-7457 | PRECISION CARDIAC AND VASCULAR CARE<br>PO BOX 8887<br>GREENVILLE TX 75404-8887 | QUANTUM3 GROUP LLC AS AGENT FOR<br>CF MEDICAL LLC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |

USPS FIRST CLASS MAILED DOCUMENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | RSAB INC<br>1528 BROOKHOLLOW DR STE 400<br>SANTA ANA CA 92705-5408 | SELECT PORTFOLIO SERVICING INC<br>ATTN BANKRUPTCY DEPT<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD CO 80111-4720 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV  BANKRUPTCY<br>SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | SYNCHRONY BANKCARE CREDIT<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965064<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKHHGREGG<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNERPRISE CONSULTING SERVICES INC<br>ATTN BANKRUPTCY 5651 BROADMOOR<br>MISSION KS 66202-2407 | TAX DIVISIONUS DEPARTMENT OF JUSTICE<br>717 N HARWOOD STE 400<br>DALLAS TX 75201-6598 |
| TERESA ANN HANEY<br>517 CASSIA WAY<br>ARLINGTON TX 76002-4521 | TEXAS ALCOHOLIC BEV COMM<br>LICENSES AND PERMITS DIVISION<br>PO BOX 13127<br>AUSTIN TX 78711-3127 | TEXAS ATTORNEY GENERAL<br>BKCOLLECTIONS DIVISION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 |
| TEXAS WORKFORCE COMM<br>TEC BUILDINGBANKRUPTCY<br>101 E 15TH STREET<br>AUSTIN TX 78778-0001 | US ATTORNEYNORTH<br>3RD FLOOR 1100 COMMERCE ST<br>DALLAS TX 75242 | (P)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US BANK NATIONAL ASSOCIATION<br>CO SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | US BANK NATIONAL ASSOCIATION TRUSTEE<br>(SEE<br>CO SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET SUITE 300<br>GREENWOOD VILLAGE COLORADO 80111-4720 | US ANESTHESIA PARTNERS<br>PO BOX 5757<br>CORAL SPRINGS FL 33075 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | USAA FEDERAL SAVINGS BANK<br>ATTN BANKRUPTCY 10750 MCDERMOTT FREEWAY<br>SAN ANTONIO TX 78288-9876 | WENDY BURGESSTAX ASSESSOR<br>100 E WEATHERFORD STREET<br>FORT WORTH TX 76196-0206 |
| EMONEYUSA HOLDINGS LLC<br>CO WEINSTEIN  RILEY PS<br>2001 WESTERN AVENUE STE 400<br>SEATTLE WA 98121-3132 | | |