

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 2, 2025**

_____
**United States Bankruptcy Judge**
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:**                                                                                       **CASE NO.: 23-40605-ELM-13**

**DENNIS RAYMOND HANEY**
    517 CASSIA WAY
    ARLINGTON, TX 76002
    SSN/TIN: XXX-XX-5915

**DEBTOR**
_____

### ORDER DISCHARGING STANDING TRUSTEE,
### TERMINATING FURTHER LIABILITY ON BOND
_____

    It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that the Trustee should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

    IT IS THEREFORE ORDERED:

    That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that the Trustee and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; and that such Bond is cancelled.

### # # # End of Order # # #