Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court

## Northern District of Texas
## Fort Worth Division

| In re:<br>Dennis Raymond Haney,<br><br>Debtor. | Case No. 23-40605-elm7<br>Chapter 7 |
|---|---|

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Order of Discharge* (Dkt 102) was served on March 12, 2026, via USPS First-Class Mail to the following parties at their corresponding addresses:

US Anesthesia Partners
12222 Merit Drive, Suite 700
Dallas, TX 75251

Precision Cardiac and Vascular Care
221 Regency Pkwy, Ste 105
Mansfield, TX 76063

        Respectfully submitted,

        Norred Law, PLLC
        By: /s/ Clayton L. Everett
        Clayton L. Everett
        Texas State Bar No. 24065212
        clayton@norredlaw.com
        515 E. Border Street
        Arlington, Texas 76010
        Telephone: (817)704-3984
        Counsel for Debtor