United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-40605-elm |
| Dennis Raymond Haney | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2026 | Form ID: BTXN112 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: bassel341docs@fwch13.com | Apr 22 2026 22:20:00 | Pam Bassel, Office of The Standing Ch.13 Trustee, 860 Airport Freeway, Suite 150, Hurst, TX 76054-3256 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Ismael Santini | on behalf of Creditor Deutsche Bank National Trust Company antsantini@raslg.com |
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Chandra Dianne Pryor | on behalf of Creditor Specialized Loan Servicing LLC Chandra.Pryor@BonialPC.com  Notices.Bonial@ecf.courtdrive.com |
| Clayton Everett | on behalf of Debtor Dennis Raymond Haney clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

District/off: 0539-4

User: admin

Page 2 of 2

Date Rcvd: Apr 22, 2026

Form ID: BTXN112

Total Noticed: 1

Hannah Ackley

on behalf of Creditor U.S. Bank National Association  as Trustee for Terwin Mortgage Trust 2004-18SL, Asset-Backed Certificates, TMTS Series 2004-18SL hannah.ackley@padgettlawgroup.com, BKecf@padgettlawgroup.com

Kelli Lavas Johnson

on behalf of Creditor CAPITAL ONE  as servicer for CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. kjohnson@mwzmlaw.com, txnd@mwzmlaw.com

Pam Bassel

fwch13cmecf@fwch13.com

Roddrick Newhouse

rn7trustee@gmail.com  rbn@trustesolutions.net;jo7trustee@gmail.com,nj7trustee@gmail.com,cn7trustee@gmail.com

Sherrel K. Knighton

on behalf of Creditor Tarrant County Sherrel.Knighton@lgbs.com
Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com;Dallas.Bankruptcy@lgbs.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Debtor Dennis Raymond Haney warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 11

BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                                    §
Dennis Raymond Haney                                      §        Case No.:   23–40605–elm7
                                                          §        Chapter No.:   7
                            Debtor(s)                     §

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  4/22/26                          FOR THE COURT:
                                         Stephen J Manz, Clerk of Court

                                         by: /s/Nicholas Noble, Deputy Clerk